# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Javier Rueda Jr. | ) | Bankruptcy No. 09 B 00839 |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Bruce W. Black (Joliet) |
| | ) | |

To:    See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 16, 2013,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Bruce W. Black at the Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion to Reopen Case**, a copy of which is hereby served upon you. You may appear if you so choose.

>          David P. Lloyd, Ltd.
>          615B S. LaGrange Rd.
>          LaGrange IL  60525
>          708-937-1264
>          Fax: 708-937-1265

## CERTIFICATE OF SERVICE

   I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 7th day of August, 2013.


>          _____/s/ David P. Lloyd_____
>                David P. Lloyd

**Notice List**
**Javier Rueda Jr.**
**09 B 00839**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Patrick A. Meszaros
patrickmeszaros@yahoo.com

Glenn Stearns, Trustee
mcguckin_m@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Javier Rueda Jr. | ) | Bankruptcy No. 09 B 00839 |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Bruce W. Black (Joliet) |

### DEBTOR'S MOTION TO REOPEN CASE

NOW COMES the Debtor, Javier Rueda Jr., by and through his attorney, David P. Lloyd, and moves this honorable Court to reopen this case pursuant to Section 350(b) of the Bankruptcy Code, and in support thereof states as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 13 petition on June 8, 2007.

2. At the time of the filing of this case, the Debtor held a claim against the Sheriff of Cook County, arising from his employment. During the pendency of this Chapter 13 case, the Debtor and other plaintiffs filed a law suit in the United States District Court for the Northern District of Illinois, No. 08 CV 6621, entitled Burruss et al. v. Dart et al. The suit was filed by a number of correctional offices with the Cook County Sheriff's Office against the Cook County Sheriff and other officials with the Cook County Sheriff's office, alleging retaliation based on the plaintiffs' political affiliation.

3. At the time of the filing of this bankruptcy case, the Debtor anticipated that the relief he would likely obtain in the suit was reinstatement with the Cook County Sheriff and did not expect to obtain any financial recovery. On that basis, the Debtor did not schedule the claim against the Cook County Sheriff as an asset.

4. On September 11, 2009, the Court dismissed the Debtor's Chapter 13 case for non-

payment to the Trustee. The case was closed on November 23, 2009.

5. On March 8, 2013, the Debtor presented a motion to reopen this case for the purpose of filing an amended Schedule B. The Debtor filed the amended schedule and the case was re-closed.

6. Notwithstanding the reopening of the case, amendment of Schedule B, and re-closing of the case, the U.S. District Court in Case No. 08 CV 6621 has ruled that either the Standing Trustee must pursue the Debtor's claim in that case, or the Debtor must obtain permission from the Standing Trustee, or an order of this Court, to allow him to pursue his claim in District Court.

7. The Debtor needs this case reopened to give the Standing Trustee the opportunity to pursue, or to decline to pursue, the claim, and, if necessary, to obtain leave of this Court to pursue the claim.

WHEREFORE the Debtor, Javier Rueda Jr., prays that this case be reopened, and for such other and further relief as this honorable Court may deem meet.

> Respectfully submitted,
> Javier Rueda Jr.
>
> By:___/s/ David P. Lloyd_____
> His attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265